held
3 hrs 30 min

08/15/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Holly B. Fitzsimmons, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 266

October 8, 2003

10:00 a.m.

AT LEAST 5 DAYS BEFORE THE SETTLEMENT CONFERENCE THE PARTIES SHALL SUBMIT TO THESE CHAMBERS AN EX PARTE, CONFIDENTIAL LETTER, NO MORE THAN 3 PAGES IN LENGTH, OUTLINING THEIR RESPECTIVE POSITIONS REGARDING THE ISSUES IN DISPUTE, FORESEEABLE PROBLEMS, PREVIOUS POSITIONS AND ANY AGREEMENT(S) ALREADY REACHED.  REPRESENTATIVES OF EACH PARTY WITH FULL AUTHORITY TO COMPROMISE THEIR RESPECTIVE CLAIMS MUST ATTEND THE SETTLEMENT CONFERENCE.

PARTIES ARE REQUIRED TO BE PRESENT.

THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT.

THE SETTLEMENT CONFERENCE ORDER PREVIOUSLY ISSUED REMAINS IN EFFECT.

3-03-cv-30   (AHN) Mancini v Westwood Hfd
------------------------------------------------------------

    COUNSEL OF RECORD:

| | |
|---|---|
| Geoffrey K. Milne | Hunt Leibert Chester & Jacobson, 50 Weston Street, Hartford, CT 860-808-0606 |
| Mark Orlove | 1028 Boulevard Suite 252, West Hartford, CT 860-922-9638 |
| Jeffrey M. Rosin | Epstein Becker & Green, 111 Huntington Avenue, Boston, MA 617-342-4000 |
| David S. Rubin | Epstein Becker & Green, 111 Huntington Avenue, Boston, MA 617-342-4000 |
| Elizabeth S. Torkelsen | Epstein, Becker & Green, P.C., One Landmark Square Ste. 1800, Stamford, CT 203-348-3737 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK