UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 20 P 3: 00
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| PELLEGRINO MANCINI, Individually | ) |
| Plaintiff, | ) |
| v. | ) Civil No: 303 CV 0030(AHN) |
| WESTWOOD HARTFORD RESTAURANT GROUP, INC. d/b/a JOE'S AMERICAN BAR & GRILL and d/b/a PAPA RAZZI and U.S. RETAIL PARTNERS LLC | ) November 19, 2003 |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dear R. Singewald II, Esq. of Epstein Becker & Green, P.C., hereby appears as an additional attorney of record for the Defendant Westwood Hartford Restaurant Group, Inc., which owns and operates the restaurants Joe's American Bar & Grill and Papa Razzi. Copies of all papers and communications in this matter should be directed to the firm's office at One Landmark Square, Suite 1800, Stamford, CT 06901-2601.

EPSTEIN BECKER & GREEN, P.C.,
Attorneys for Defendant WESTWOOD
HARTFORD RESTAURANT GROUP, INC.
d/b/a JOE'S AMERICAN BAR & GRILL and d/b/a
PAPA RAZZI

By: _____
Dean Singewald II, Esq.
Federal Bar No.: ct16708
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2003, a true copy of the foregoing Appearance was served by first class mail upon counsel for the Plaintiff:

Mark Orlove, Esq.
1028 Boulevard, Suite 252
West Hartford, Connecticut 06119-1801

Geoffrey K. Milne, Esq.
Hunt Liebert Chester & Jacobson, P.C.
50 Western Street
Hartford, Connecticut 06120
For U.S. Retail Partners

_____
Dean R. Singewald II

ST:27181v1v1