UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PELLEGRINO MANCINI              CIVIL ACTION NO. 303 CV 0030(AHN)

V.

WESTWOOD HARTFORD RESTAURANT
GROUP, INC., ET AL              November 25, 2003

## MOTION TO ENLARGE PRETRIAL ORDER

Defendant, US Retail Partners LLC, in accordance with Local Rule 9, Moves the Court to enlarge the scheduling order in this case as follows:

1. The discovery cutoff date is 4/1/04, including depositions of all fact and expert witnesses.

2. Plaintiff shall disclose all expert witnesses and reports by December 15, 2003. Defendants shall disclose all experts and reports by January 30, 2004.

3. All motions for summary judgment shall be filed by April 15, 2004.

4. The case shall be ready for trial by June 1, 2004.

5. The undersigned contacted counsel for all parties today and expressed the intention to file this Motion. The Defendant, Westwood, has indicated it has no objection to this motion. No response has been received from the Plaintiff about whether there is an objection.

6. This is the second Motion for extension of time to enlarge scheduling order filed by the Defendant, US Retail Partners, in this matter. The first Motion was filed with the consent of all parties and was based upon the Settlement Conference and

the desire to avoid additional legal fees and expenses if the matter could be resolved.

Wherefore, the Defendant Moves the Court to enlarge the scheduling order.

The Defendant, US Retail Partners, LLC

By_____
Geoffrey K. Milne ct/12854
Hunt Leibert Chester & Jacobson, PC
50 Weston Street
Hartford, CT  06120
860-240-9140
860-808-0625 facsimile

## CERTIFICATION

I hereby certify that a copy of the above was mailed via us mail, postage prepaid, on this 25th day of November 2003 to the following counsel and pro se parties of record and by e-mail where designated below:

Elizabeth S. Torkelsen
Epstein Becker & Green, PC
One Landmark Square
Suite 1800
Stamford, CT 06901-2601

David Rubin, Esq.
Epstein Becker & Green
111 Huntington Avenue
Boston, MA 02199
drubin@egblaw.com

Mark Orlove, Esq.
1028 Boulevard
Suite 252
West Hartford, CT 06119-1801
unded@bu.edu.com

The Honorable Holly Fitzsimmons
US Magistrate Judge
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Geoffrey K. Milne ct/12854