UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PELLEGRINO MANCINI                CIVIL ACTION NO. 303 CV 0030(AHN) 

V.

WESTWOOD HARTFORD RESTAURANT
GROUP, INC., ET AL                November 25, 2003

## MOTION TO ENLARGE PRETRIAL ORDER

Defendant, US Retail Partners LLC, in accordance with Local Rule 9, Moves the Court to enlarge the scheduling order in this case as follows:

1. The discovery cutoff date is 4/1/04, including depositions of all fact and expert witnesses.

2. Plaintiff shall disclose all expert witnesses and reports by December 15, 2003. Defendants shall disclose all experts and reports by January 30, 2004.

3. All motions for summary judgment shall be filed by April 15, 2004.

4. The case shall be ready for trial by June 1, 2004.

5. The undersigned contacted counsel for all parties today and expressed the intention to file this Motion. The Defendant, Westwood, has indicated it has no objection to this motion. No response has been received from the Plaintiff about whether there is an objection.

6. This is the second Motion for extension of time to enlarge scheduling order filed by the Defendant, US Retail Partners, in this matter. The first Motion was filed with the consent of all parties and was based upon the Settlement Conference and

12/4, 2003 GRANTED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.