UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PELLEGRINO MANCINI, Individually

    Plaintiff,

vs.

WESTWOOD HARTFORD RESTAURANT
GROUP, INC.
    d/b/a PAPA RAZZI and
    d/b/a JOE'S AMERICAN BAR AND
      GRILL, and
U.S. RETAIL PARTNERS, LLC

    Defendants.

FILED
2004 APR 23  P 12: 36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Civil Action No. 303-CV-0030-AHN

## STIPULATION FOR DISMISSAL WITH PREJUDICE EFFECTIVE JUNE 30, 2004

Plaintiff and Defendants, pursuant to the Federal Rules of Civil Procedure and in accordance with their Settlement Agreement, hereby stipulate to the dismissal this action with prejudice effective June 30, 2004, unless any of the parties show cause to the Court of non-performance of the Settlement Agreement prior to that date.

Dated: 04/19/04

**PLAINTIFF**

PELLEGRINO MANCINI

_____
MARK ORLOVE
1028 Boulevard, Suite 252
W. Hartford, CT 06119
(860) 922-9638

**DEFENDANTS**

WESTWOOD HARTFORD RESTAURANT
GROUP, INC. d/b/a PAPA RAZZI REST. and
JOE'S AMERICAN BAR & GRILL

_____
DAVID S. RUBIN
EPSTEIN BECKER & GREEN PC
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

U.S. RETAIL PARTNERS, LLC

_____
GEOFFREY K. MILNE
HUNT LIEBERT CHESTER & JACOBSON
50 Weston Street
Hartford, CT 06120
(860) 246-5889
