UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PELLEGRINO MANCINI, Individually

   Plaintiff,

vs.

Civil Action No. 303-CV-0030-AHN

WESTWOOD HARTFORD RESTAURANT
GROUP, INC.
   d/b/a PAPA RAZZI and
   d/b/a JOE'S AMERICAN BAR AND
      GRILL, and
U.S. RETAIL PARTNERS, LLC

   Defendants.

FILED
2004 APR 23 P 12: 36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## STIPULATION FOR DISMISSAL WITH PREJUDICE EFFECTIVE JUNE 30, 2004

Plaintiff and Defendants, pursuant to the Federal Rules of Civil Procedure and in accordance with their Settlement Agreement, hereby stipulate to the dismissal this action with prejudice effective June 30, 2004, unless any of the parties show cause to the Court of non-performance of the Settlement Agreement prior to that date.

Dated: 04/19/04

**PLAINTIFF**

PELLEGRINO MANCINI

MARK ORLOVE
1028 Boulevard, Suite 252
W. Hartford, CT 06119
(860) 922-9638

**DEFENDANTS**

WESTWOOD HARTFORD RESTAURANT
GROUP, INC. d/b/a PAPA RAZZI REST. and
JOE'S AMERICAN BAR & GRILL

DAVID S. RUBIN
EPSTEIN BECKER & GREEN PC
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000